

| | | | | |
|---|---|---|---|---|
| L.O.C. v. State . . . . . . . . . . . . . . . . . | 07A01–1606–JV–1300 | 01/23/2017 | BARNES, J. RILEY, J. BAILEY, J. | Affirmed Concurs Concurs |
| Krzeminski v. Carr . . . . . . . . . . . . . | 76A03–1603–MI–716 | 01/23/2017 | ROBB, J. KIRSCH, J. BARNES, J. | Reversed and remanded Concurs Concurs |
| Buck, In re Paternity of . . . . . . . . . | 48A02–1607–JP–1592 | 01/23/2017 | CRONE, J. RILEY, J. ALTICE, J. | Affirmed Concurs Concurs |
| J.W., In re . . . . . . . . . . . . . . . . . . . . . | 49A05–1607–JT–1663 | 01/24/2017 | RILEY, J. CRONE, J. ALTICE, J. | Affirmed Concurs Concurs |
| McCallion–Holmes v. Holmes . . . . | 10A01–1512–CT–2290 | 01/24/2017 | MATHIAS, J. ROBB, J. BROWN, J. | Affirmed Concurs Concurs |
| Mataranglo v. Meijer Stores Limited Partnership . . . . . . . . . . . . . . | 71A03–1604–CT–849 | 01/24/2017 | MATHIAS, J. | Affirmed in part, Reversed in part and Remanded for |